**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2103**

RUFUS JULIUS CORNELIUS ANDERSON,

        Plaintiff - Appellant,

    v.

GREENVILLE HOSPITAL SYSTEM; SOUTH CAROLINA DEPARTMENT OF
EMPLOYMENT AND WORKFORCE; SOUTH CAROLINA DEPARTMENT OF
PROBATION AND PAROLE BOARD,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Mary G. Lewis, District Judge.
(6:15-cv-02556-MGL)

Submitted: December 17, 2015    Decided: December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rufus J. C. Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rufus Julius Cornelius Anderson appeals the district court's order denying relief on his employment discrimination complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Anderson that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Anderson has waived appellate review by failing to timely file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2